IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARLIE THACKER
ADC # 152566                                                                                    PLAINTIFF

v.                         Case No. 4:18-cv-00895-KGB-JJV

SHARRON KING,
Supervisor, Corizon, *et al.*                                                               DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Harlie Thacker's claims against defendants Sharron King, Sonya Peppers, Carswell, Romona Huff, Denise Krablin, Correct Care Solutions, and Henery (*Id.*). Mr. Thacker may proceed with his inadequate dental care claim against defendant Jackson.

It is so ordered this 15th day of May, 2019.

                                                        Kristine G. Baker
                                                        United States District Judge