IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HARLIE THACKER
ADC #152566                                                                                    PLAINTIFF

v.                                    Case No. 4:18-cv-00895-KGB-JJV

SHARRON KING,
Supervisor, Corizon; *et. al.*                                                         DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 37). Plaintiff Harlie Thacker filed an objection to the Proposed Findings and Recommendations (Dkt. No. 38). After careful review of the Proposed Findings and Recommendations and Mr. Thacker's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations as its findings in all respects (Dkt. No. 37).

The Court writes separately to address Mr. Thacker's objections. Mr. Thacker claims that contracted medical providers refused to provide his complete medical records; however, there is no record evidence to suggest that Mr. Thacker was denied the opportunity to conduct discovery or that he filed a motion with the Court raising any discovery issues prior to the discovery deadline. The remainder of Mr. Thacker's objections are either unresponsive to his claim that Dr. Jessica Jackson Breedlove failed to provide him with adequate dental care in October 2017 or restate objections raised in his response to Dr. Jackson Breedlove's motion for summary judgment. The Court has adopted Judge Volpe's analysis and reasoning as its own; the Court will not repeat that analysis with respect to Mr. Thacker's restated objections. For these reasons, the Court adopts the Proposed Findings and Recommendations as its findings in all respects (Dkt. No. 37).

It is therefore ordered that:

1. Dr. Jackson Breedlove's motion for summary judgment is granted (Dkt. No. 27).

2. Mr. Thacker's inadequate dental care claim against Dr. Jackson Breedlove is dismissed with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 19th day of March, 2020.

_____
Kristine G. Baker
United States District Judge