IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HARLIE THACKER
ADC #152566                                                                    PLAINTIFF

v.                          Case No. 4:18-cv-00895-KGB-JJV

SHARRON KING,
Supervisor, Corizon; *et. al.*                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Orders entered on this date and previously in this matter, it is considered, ordered, and adjudged that plaintiff Harlie Thacker's claims are dismissed (Dkt. Nos. 8, 23, 39). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from these Orders and this Judgment would not be taken in good faith.

It is so adjudged this 20th day of March, 2020.

Kristine G. Baker
United States District Judge